**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25795-DRC |
| | § | |
| DAVID LEONARD GORCHOS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/27/2012. The undersigned trustee was appointed on 06/27/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $9,526.86

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $113.42 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $9,413.44 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/26/2013 and the deadline for filing government claims was 05/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,702.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,702.69, for a total compensation of $1,702.69[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2013             By:    /s/ David E. Grochocinski
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 12-25795-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GORCHOS, DAVID LEONARD | Date Filed (f) or Converted (c): | 06/27/2012 (f) |
| For the Period Ending: | 6/11/2013 | §341(a) Meeting Date: | 09/12/2012 |
|  |  | Claims Bar Date: | 02/26/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | US Bank checking account | $600.00 | $0.00 | | $0.00 | FA |
| 2 | US Bank savings account | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods; tv, vcr, stereo, couch, utensils, vacuum, table, chairs, lamps, bedroom set, BBQ grill, musical instruments, computer | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Books, Compact Discs, Tapes/Records, Family Pictures | $75.00 | $0.00 | | $0.00 | FA |
| 5 | Necessary wearing apparel. | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Earrings, watch, costume jewelry, rings | $150.00 | $0.00 | | $0.00 | FA |
| 7 | Term Life Insurance - No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 8 | First Merit BANK - 2009 Ford Mustang with over 6,000 miles | $15,146.00 | $0.00 | | $0.00 | FA |
| 9 | Universal Life Insurance: Dependent daughter is beneficiary | $14,907.00 | $0.00 | | $9,526.86 | FA |
| 10 | 2005 Chrysler Sebring with over 89,000 miles | $3,202.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                     **Gross Value of Remaining Assets**
                                              $35,680.00                   $0.00                                   $9,526.86                            $0.00

**Major Activities affecting case closing:**
  FUNDS TURNED OVER; BAR DATE SET FOR 1/15/13
  RECEIVED FUNDS FROM UNSURANCE ON MOTHER, SETTLEMENT AND COMPROMISE ON AMOUNT

**Initial Projected Date Of Final Report (TFR):** 12/30/2013     **Current Projected Date Of Final Report (TFR):** 12/30/2013     /s/ DAVID E. GROCHOCINSKI
                                                                                                                                    DAVID E. GROCHOCINSKI

Case 12-25795 Doc 35 Filed 07/31/13 Entered 07/31/13 12:13:35 Desc Main
Document Page 4 of 11
Page No: 1    Exhibit B


# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1   Exhibit B

| | | |
|---|---|---|
| **Case No.** | 12-25795-DRC | **Trustee Name:** David E. Grochocinski |
| **Case Name:** | GORCHOS, DAVID LEONARD | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******9074 | **Checking Acct #:** ******9501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/27/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/11/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/15/2012 | (9) | DAVID GORCHOS | INSURANCE PROCEEDS/DECEASED MOTHER | 1210-000 | $9,526.86 | | $9,526.86 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $9,518.93 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.85 | $9,503.08 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $14.34 | $9,488.74 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.31 | $9,473.43 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.80 | $9,459.63 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.26 | $9,444.37 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.74 | $9,429.63 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.19 | $9,413.44 |
| | | | **TOTALS:** | | $9,526.86 | $113.42 | $9,413.44 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,526.86 | $113.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $9,526.86 | $113.42 | |

**For the period of 6/27/2012 to 6/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/10/2012 to 6/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-25795-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GORCHOS, DAVID LEONARD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9074 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,526.86 | $113.42 | $9,413.44 |

**For the period of 6/27/2012 to 6/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/27/2012 to 6/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

| Case No.: | 12-25795-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | GORCHOS, DAVID LEONARD | | | Date: | 6/11/2013 |
| Claims Bar Date: | 02/26/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 02/14/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,702.69 | $1,702.69 | $0.00 | $0.00 | $0.00 | $1,702.69 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 02/14/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $22.00 | $22.00 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 02/14/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,430.00 | $1,430.00 | $1,430.00 | $0.00 | $0.00 | $0.00 | $1,430.00 |
| 1 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 248839<br>Oklahoma City OK 73124-8839 | 11/12/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,866.97 | $1,866.97 | $0.00 | $0.00 | $0.00 | $1,866.97 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 248839<br>Oklahoma City OK 73124-8839 | 11/12/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,743.34 | $2,743.34 | $0.00 | $0.00 | $0.00 | $2,743.34 |
| 3 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE WA 98121 | 11/19/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,905.15 | $5,905.15 | $0.00 | $0.00 | $0.00 | $5,905.15 |
| 4 | SALLIE MAE<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Barre PA 18706 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,634.55 | $14,634.55 | $0.00 | $0.00 | $0.00 | $14,634.55 |

| Case No. | 12-25795-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | GORCHOS, DAVID LEONARD | Date: | 6/11/2013 |
| Claims Bar Date: | 02/26/2013 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 02/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,013.02 | $6,013.02 | $0.00 | $0.00 | $0.00 | $6,013.02 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to US BANK N.A. ND by PRA Receivables Management LLC PO Box 41067 Norfolk VA 23541 | 02/25/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,049.36 | $5,049.36 | $0.00 | $0.00 | $0.00 | $5,049.36 |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIGNEE of Chase Bank USA, N.A. POB 29262 New York NY 10087-9262 | 02/26/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,604.66 | $8,604.66 | $0.00 | $0.00 | $0.00 | $8,604.66 |

**Claim Notes:** (7-1) CREDIT CARD DEBT

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ECAST SETTLEMENT CORPORATION, ASSIGNEE of Chase Bank USA, N.A. POB 29262 New York NY 10087-9262 | 02/26/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,818.79 | $2,818.79 | $0.00 | $0.00 | $0.00 | $2,818.79 |
| | | | | | | $50,790.53 | $50,790.53 | $0.00 | $0.00 | $0.00 | $50,790.53 |

**Claim Notes:** (8-1) CREDIT CARD DEBT

# CLAIM ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Case No.** | 12-25795-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | GORCHOS, DAVID LEONARD | **Date:** | 6/11/2013 |
| **Claims Bar Date:** | 02/26/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trustee Firm) | $22.00 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 |
| Attorney for Trustee Fees (Trustee Firm) | $1,430.00 | $1,430.00 | $0.00 | $0.00 | $0.00 | $1,430.00 |
| General Unsecured § 726(a)(2) | $47,635.84 | $47,635.84 | $0.00 | $0.00 | $0.00 | $47,635.84 |
| Trustee Compensation | $1,702.69 | $1,702.69 | $0.00 | $0.00 | $0.00 | $1,702.69 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      12-25795-DRC
Case Name:     DAVID LEONARD GORCHOS
Trustee Name:  David E. Grochocinski

Balance on hand:     $9,413.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $9,413.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,702.69 | $0.00 | $1,702.69 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,430.00 | $0.00 | $1,430.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $22.00 | $0.00 | $22.00 |

Total to be paid for chapter 7 administrative expenses:     $3,154.69
Remaining balance:     $6,258.75

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $6,258.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $6,258.75

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,635.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,866.97 | $0.00 | $245.30 |
| 2 | Capital One Bank (USA), N.A. | $2,743.34 | $0.00 | $360.44 |
| 3 | CERASTES, LLC | $5,905.15 | $0.00 | $775.86 |
| 4 | Sallie Mae | $14,634.55 | $0.00 | $1,922.80 |
| 5 | PYOD, LLC its successors and assigns as assignee | $6,013.02 | $0.00 | $790.04 |
| 6 | Portfolio Recovery Associates, LLC | $5,049.36 | $0.00 | $663.42 |
| 7 | eCAST Settlement Corporation, assignee | $8,604.66 | $0.00 | $1,130.54 |
| 8 | eCAST Settlement Corporation, assignee | $2,818.79 | $0.00 | $370.35 |

Total to be paid to timely general unsecured claims: $6,258.75
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**