**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25795-DRC |
| | § | |
| DAVID LEONARD GORCHOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on September 6, 2013 at 9:30 AM in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/31/2013           By:   /s/ David E. Grochocinski
                                              (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-25795-DRC |
|---|---|---|
| | § | |
| DAVID LEONARD GORCHOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $9,526.86
*and approved disbursements of*  $113.42
*leaving a balance on hand of[1]:*  $9,413.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $9,413.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,702.69 | $0.00 | $1,702.69 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,430.00 | $0.00 | $1,430.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $22.00 | $0.00 | $22.00 |

Total to be paid for chapter 7 administrative expenses:  $3,154.69
Remaining balance:  $6,258.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $6,258.75

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $6,258.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,635.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,866.97 | $0.00 | $245.30 |
| 2 | Capital One Bank (USA), N.A. | $2,743.34 | $0.00 | $360.44 |
| 3 | CERASTES, LLC | $5,905.15 | $0.00 | $775.86 |
| 4 | Sallie Mae | $14,634.55 | $0.00 | $1,922.80 |
| 5 | PYOD, LLC its successors and assigns as assignee | $6,013.02 | $0.00 | $790.04 |
| 6 | Portfolio Recovery Associates, LLC | $5,049.36 | $0.00 | $663.42 |
| 7 | eCAST Settlement Corporation, assignee | $8,604.66 | $0.00 | $1,130.54 |
| 8 | eCAST Settlement Corporation, assignee | $2,818.79 | $0.00 | $370.35 |

|  | Total to be paid to timely general unsecured claims: | $6,258.75 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 12-25795-DRC
David Leonard Gorchos   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: lhuley   Page 1 of 3   Date Rcvd: Aug 01, 2013
                      Form ID: pdf006   Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2013.
```
db           +David Leonard Gorchos,    332 Maple,    Downers Grove, IL 60515-3924
19084976     +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
19084970    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
              Richmond, VA 23285)
19084974     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19084977     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19084971     +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20311721      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
19084979     +Christina Gorchos,    1920 S. 3rd St #26,    Waco, TX 76706-2606
19084966     +Christina Gorchos,    332 Maple Ave,    Downers Grove, IL 60515-3924
19084967     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19084968     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19084964      First Merit BANK,    Attn: Bankruptcy Dept.,    295 First Merit Cir,    Akron, OH 44307
19084972     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20082182    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    successor to US BANK N.A. ND,
              by PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541)
19084969     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19084975    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
              Fargo, ND 58125)
20088363      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19712950     +E-mail/Text: bncmail@w-legal.com Aug 02 2013 02:48:15     CERASTES, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19681810      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2013 02:59:42     Capital One Bank (USA), N.A.,
              PO Box 248839,    Oklahoma City, OK  73124-8839
20052982     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 02 2013 02:39:18
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19084965     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 02 2013 02:59:35     Sallie MAE,
              Attn: Bankruptcy Dept.,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19744767     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 02 2013 02:58:13     Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19084973*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
              Richmond, VA 23285)
19084978*    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20311722*     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
20088364*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhuley              Page 2 of 3              Date Rcvd: Aug 01, 2013
                              Form ID: pdf006           Total Noticed: 22

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: lhuley                Page 3 of 3                   Date Rcvd: Aug 01, 2013
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2013 at the address(es) listed below:

        Alex   Wilson    on behalf of Debtor David Leonard Gorchos ndil@geracilaw.com
        Ariane   Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com, gsullivan@wfactorlaw.com
        David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
        David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
        Monette W Cope    on behalf of Creditor    FirstMerit Bank NA ecfnil@weltman.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Ryan S Fojo    on behalf of Debtor David Leonard Gorchos ndil@geracilaw.com

                                                                                                                        TOTAL: 7

Case 12-25795    Doc 42    Filed 08/01/13    Entered 08/03/13 23:37:23    Desc Imaged
Certificate of Notice    Page 7 of 7