UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-25795-DRC |
|---|---|---|
| | § | |
| DAVID LEONARD GORCHOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,146.00 | Assets Exempt: | $20,534.00 |
| Total Distributions to Claimants: | $6,258.75 | Claims Discharged Without Payment: | $41,377.09 |
| Total Expenses of Administration: | $3,268.11 | | |

3) Total gross receipts of $9,526.86 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $9,526.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,268.11 | $3,268.11 | $3,268.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $47,635.84 | $47,635.84 | $6,258.75 |
| **Total Disbursements** | $0.00 | $50,903.95 | $50,903.95 | $9,526.86 |

4). This case was originally filed under chapter 7 on 06/27/2012. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/15/2014</u>        By:   <u>/s/ David E. Grochocinski</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Universal Life Insurance: Dependent daughter is beneficiary | 1210-000 | $9,526.86 |
| **TOTAL GROSS RECEIPTS** | | **$9,526.86** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,702.69 | $1,702.69 | $1,702.69 |
| Green Bank | 2600-000 | NA | $113.42 | $113.42 | $113.42 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,430.00 | $1,430.00 | $1,430.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $22.00 | $22.00 | $22.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,268.11 | $3,268.11 | $3,268.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $1,866.97 | $1,866.97 | $245.30 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,743.34 | $2,743.34 | $360.44 |
| 3 | CERASTES, LLC | 7100-000 | $0.00 | $5,905.15 | $5,905.15 | $775.86 |
| 4 | Sallie Mae | 7100-000 | $0.00 | $14,634.55 | $14,634.55 | $1,922.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $6,013.02 | $6,013.02 | $790.04 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $5,049.36 | $5,049.36 | $663.42 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $8,604.66 | $8,604.66 | $1,130.54 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $2,818.79 | $2,818.79 | $370.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $47,635.84 | $47,635.84 | $6,258.75 |

**FORM 1** Page No: 1 Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 12-25795-DRC | **Trustee Name:** David E. Grochocinski |
| **Case Name:** | GORCHOS, DAVID LEONARD | **Date Filed (f) or Converted (c):** 06/27/2012 (f) |
| **For the Period Ending:** | 4/15/2014 | **§341(a) Meeting Date:** 09/12/2012 |
| | | **Claims Bar Date:** 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  US Bank checking account | $600.00 | $0.00 | | $0.00 | FA |
| 2  US Bank savings account | $0.00 | $0.00 | | $0.00 | FA |
| 3  Household Goods; tv, vcr, stereo, couch, utensils, vacuum, table, chairs, lamps, bedroom set, BBQ grill, musical instruments, computer | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  Books, Compact Discs, Tapes/Records, Family Pictures | $75.00 | $0.00 | | $0.00 | FA |
| 5  Necessary wearing apparel. | $100.00 | $0.00 | | $0.00 | FA |
| 6  Earrings, watch, costume jewelry, rings | $150.00 | $0.00 | | $0.00 | FA |
| 7  Term Life Insurance - No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 8  First Merit BANK - 2009 Ford Mustang with over 6,000 miles | $15,146.00 | $0.00 | | $0.00 | FA |
| 9  Universal Life Insurance: Dependent daughter is beneficiary | $14,907.00 | $0.00 | | $9,526.86 | FA |
| 10  2005 Chrysler Sebring with over 89,000 miles | $3,202.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

     $35,680.00      $0.00      $9,526.86      $0.00

**Major Activities affecting case closing:**
FUNDS TURNED OVER; BAR DATE SET FOR 1/15/13
RECEIVED FUNDS FROM UNSURANCE ON MOTHER, SETTLEMENT AND COMPROMISE ON AMOUNT
Final hearing 9/06/2013.
Compensation awarded. Distribution sent 9/06/2013
Waiting for OK to file TDR after OK from UST office.
TDR emailed to UST 12/16/2013
TDR resent to UST today.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2                                                      Exhibit 8

| **Case No.:** | 12-25795-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | GORCHOS, DAVID LEONARD | **Date Filed (f) or Converted (c):** | 06/27/2012 (f) |
| **For the Period Ending:** | 4/15/2014 | **§341(a) Meeting Date:** | 09/12/2012 |
| | | **Claims Bar Date:** | 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/30/2013          **Current Projected Date Of Final Report (TFR):**   12/30/2013

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-25795-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GORCHOS, DAVID LEONARD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9074 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/15/2012 | (9) | DAVID GORCHOS | INSURANCE PROCEEDS/DECEASED MOTHER | 1210-000 | $9,526.86 | | $9,526.86 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $9,518.93 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.85 | $9,503.08 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $14.34 | $9,488.74 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.31 | $9,473.43 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.80 | $9,459.63 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.26 | $9,444.37 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.74 | $9,429.63 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.19 | $9,413.44 |
| 09/06/2013 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,702.69 | $7,710.75 |
| 09/06/2013 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,430.00 | $6,280.75 |
| 09/06/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $22.00 | $6,258.75 |
| 09/06/2013 | 3004 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 5; | 7100-000 | | $790.04 | $5,468.71 |
| 09/06/2013 | 3005 | Portfolio Recovery Associates, LLC | Distribution on Claim #: 6; | 7100-000 | | $663.42 | $4,805.29 |
| 09/06/2013 | 3006 | Capital One Bank (USA), N.A. | Distribution on Claim #: 1; | 7100-000 | | $245.30 | $4,559.99 |
| 09/06/2013 | 3007 | Sallie Mae | Distribution on Claim #: 4; | 7100-000 | | $1,922.80 | $2,637.19 |
| 09/06/2013 | 3008 | Capital One Bank (USA), N.A. | Distribution on Claim #: 2; | 7100-000 | | $360.44 | $2,276.75 |
| 09/06/2013 | 3009 | CERASTES, LLC | Distribution on Claim #: 3; | 7100-000 | | $775.86 | $1,500.89 |
| 09/06/2013 | 3010 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 7; | 7100-000 | | $1,130.54 | $370.35 |
| 09/06/2013 | 3011 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 8; | 7100-000 | | $370.35 | $0.00 |

                **SUBTOTALS**     $9,526.86     $9,526.86

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-25795-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GORCHOS, DAVID LEONARD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9074 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $9,526.86 | $9,526.86 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $9,526.86 | $9,526.86 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $9,526.86 | $9,526.86 | |

**For the period of 6/27/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,526.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,526.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/10/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,526.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,526.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-25795-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | GORCHOS, DAVID LEONARD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9074 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $9,526.86 | $9,526.86 | $0.00 |

**For the period of 6/27/2012 to 4/15/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,526.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,526.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/27/2012 to 4/15/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $9,526.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,526.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,526.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,526.86 |
| Total Internal/Transfer Disbursements: | $0.00 |